# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CORNELIUS CARPENTER ) | Case No: CR-03-00117-001-RAW |
| ) | USM No: 04192-063 |
| Date of Previous Judgment: May 25, 2004 ) | Julia O'Connell |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   78 months on each of Cts. 1 and 2 to be served concurrently
**IS REDUCED TO 63 months on each of Cts. 1 and 2 to be served concurrently.**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 26 | Amended Offense Level: | 24 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 63 to 78 months | Amended Guideline Range: | 51 to 63 months |

(*60 months mandatory minimum on Ct. 2)

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
The Court has taken into consideration the sentencing factors set out in 18 U.S.C. § 3553(a) in the imposition of the reduced sentence in this case. Specifically, the Court notes that Mr. Carpenter's institutional adjustment has been good and he has maintained a clear conduct record during his incarceration.

Except as provided above, all provisions of the judgment dated   May 25, 2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/21/08

Effective Date: _____
(if different from order date)

Ronald A. White
United States District Judge
Eastern District of Oklahoma